## People of the State of Illinois, Defendant in Error, v. Herman Kaminsky et al., Plaintiffs in Error.

Gen. No. 42,672.

opinion filed May 29, 1944. Charles A. Bellows, for plaintiffs in error; Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, John T. Gallagher, Melvin S. Rembe and Joseph A. Pope, Assistant State's Attorneys, of counsel. Opinion by JUSTICE NIEMEYER. **Not to be published in full.**